# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:04CR379** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **DAVID LEE SMITH,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Court's own motion to reschedule the sentencing hearing which is currently scheduled for Wednesday, June 1, 2005, at 8:30 a.m.

IT IS ORDERED:

The sentencing hearing has been rescheduled to Thursday, June 16, 2005, beginning at 1:00 p.m.

DATED this 31st day of May, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge