IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO.  8:04CR379 |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| **DAVID LEE SMITH,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Unopposed Motion for Continuance of Sentencing Schedule filed by the Defendant, David Lee Smith  (Filing No. 59).

For good cause shown, the Motion shall be granted.

IT IS ORDERED:

1. The Unopposed Motion for Continuance of Sentencing Schedule filed by the Defendant, David Lee Smith  (Filing No. 59) is granted;

2. Sentencing is rescheduled before District Judge Laurie Smith Camp on the **14th day of July, 2005,** at the hour of **1:00 p.m.** in Courtroom No. 2, Third Floor, Roman L. Hruska Courthouse, 111 S. 18th Plaza, Omaha, Nebraska.

Dated this 10th day of June, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge