IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | CASE NO. 8:04CR379 |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| **DAVID LEE SMITH,** | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's motion to extend his surrender date (Filing No. 72). The motion states that the government does not oppose the request if confirmation of the Defendant's medical condition can be had. Attached to the motion are hospital records.

The Defendant's current surrender date is no later than 2:00 p.m. on September 26, 2005. The Defendant asks for an extension to October 26, 2005. For good cause shown, the motion will be granted.

IT IS ORDERED:

1. The Defendant's motion to extend his surrender date (Filing No. 72) is granted;

2. The Defendant shall surrender for service of sentence at the institution designated by the United States Bureau of Prisons no later than 2:00 p.m. on October 26, 2005; and

3. The Clerk shall provide a certified copy of this order to the U.S. Marshal for this district.

DATED this 13th day of September, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge